# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Norfolk Division)

| | |
|---|---|
| VS TECHNOLOGIES, LLC, | ) |
| Plaintiff | ) |
| vs. | ) CIVIL CASE NO: 2:11cv43 (HCM)(FBS) |
| TWITTER, INC. | ) |
| Defendant. | ) |

## DECLARATION OF DINESH AGARWAL

I, Dinesh Agarwal, declare and state as follows:

1. I am the named inventor on United States Patent No. 6,408,309 B1 (the "'309 Patent"). I was also the sole prosecuting attorney for the '309 Patent. I am also the founding member and current Manager of Plaintiff VS Technologies, LLC. I make this declaration in support of Plaintiff's Opposition to Defendant Twitter, Inc.'s Motion to Transfer Pursuant to §1404(a). I have personal knowledge of and am competent to testify as to the facts contained herein and everything stated herein is believed to be true and correct.

2. Attached as Exhibit A1 is a true and correct copy of the '309 Patent.

3. VS Technologies, LLC was formed in Virginia in September of 2010. It has always been, since its inception, an LLC registered with the State of Virginia, and is based in Alexandria, Virginia, maintaining its sole office here. I am the current Manager of VS Technologies, LLC.

4. I have personally resided for over 25 years in Burke, Virginia, in Fairfax County, which is within the Alexandria Division of the Eastern District of Virginia. I practice law within the Alexandria Division of the Eastern District of Virginia, and have done so for over 25 years.

My law firm's sole office is currently in Alexandria, Virginia. Accordingly, I have lived and practiced within the Eastern District of Virginia for over the past 25 years.

5. To the best of my knowledge, I signed on to the Twitter website for the first time sometime in either January or February of 2010. At that time, it appeared to me that Twitter was infringing the '309 Patent so I signed up to perform an analysis comparing at least one claim of the '309 Patent to the Twitter website. I believed at that time and continue to believe today that Federal Rule of Civil Procedure 11 required such an investigation of publicly available information to form a reasonable basis for infringement.

6. My principal use of the Twitter website has been to analyze how it works and compare it to at least one claim of the '309 Patent.

7. I am aware of Twitter's claim that its Terms of Service effective September 18, 2009, were in effect in January of 2010, but I have no recollection of seeing or agreeing to those Terms of Service when I first signed on to the Twitter website.

8. I assigned the entire right, title, and interest to the '309 Patent to VS Technologies, LLC in September of 2010.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on April 19, 2011 in Alexandria, Virginia.

Dinesh Agarwal