IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | | |
|---|---|---|
| VS TECHNOLOGIES, LLC, | § | |
| | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO.: |
| vs. | § | 2:11-cv-00043-HCM-FBS |
| | § | |
| TWITTER, INC. | § | **JURY TRIAL DEMANDED** |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO STRIKE

On Friday, September 23, 2011, Defendant Twitter, Inc. ("Twitter") filed its Reply Memorandum and supporting evidence relating to its previously filed Motion for Summary Judgment. Defendant's Reply contains – for the first time – evidence not submitted as part of its Motion for Summary Judgment and therefore, such evidence is untimely and should not be considered for purposes of ruling on the Motion for Summary Judgment, particularly when such evidence was filed less than ten days before the scheduled hearing. (See Exhibits B and E to Twitter's Reply Memorandum).

In addition, Defendant's Reply is replete with statements from a piece of prior art that is blatant hearsay and for which no evidentiary foundation has been laid for the truth of the matters claimed to be asserted therein. Defendant is relying on out-of-court statements listed on web pages that describe the Who's Who Online service. (Twitter's Reply Memorandum at pages 5, 7, 8, 11 and 12). Twitter is offering these statements to prove the truth of the matter asserted, i.e., that the Who's Who Online service worked as described prior to the filing of the patent-in-suit. As such, Plaintiff objects to the use of such hearsay evidence when ruling on the Motion for

Summary Judgment. (Fed. R. Evid. 802).

## Conclusion

For the foregoing reasons, Plaintiff respectfully requests that the evidence cited to, relied

upon, and submitted in or as part of Defendant's Reply brief be stricken from the summary

judgment record.

Dated:   September 26, 2011

Respectfully submitted,

/s/  Amy Sanborn Owen
Amy Sanborn Owen (VSB# 27692)
Benje A. Selan (VSB# 65923)
COCHRAN & OWEN LLC
8000 Towers Crescent Dr., Suite 160
Vienna, VA 22182
Phone: (703) 847-4480
Fax: (703) 847-4499
aowen@cochranowen.com
bselan@cochranowen.com

Jonathan T. Suder
  Texas State Bar No. 19463350
Corby R. Vowell
  Texas State Bar No. 24031621
Todd I. Blumenfeld
  Texas State Bar No. 24067518
FRIEDMAN, SUDER & COOKE, P.C.
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Phone: (817) 334-0400
Fax: (817) 334-0401
jts@fsclaw.com
vowell@fsclaw.com
blumenfeld@fsclaw.com

Edward W. Goldstein
  Texas Bar No. 08099500
GOLDSTEIN & LIPSKI, pllc
1177 West Loop South, Suite 400
Houston, Texas 77027
(713) 877-1515
(713) 877-1737 (fax)
egoldstein@gliplaw.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVCE

The undersigned hereby certifies, that on this 26th day of September, 2011, a true and correct copy of the foregoing Plaintiff's Memorandum of Points and Authorities in Support of its Motion to Strike was electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Robert A. Van Nest
David J. Silbert
Tia A. Sherringham
Eugene M. Paige
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111
(415) 391-5400
(415) 397-7188 – fax
rvannest@kvn.com
dsilbert@kvn.com
tsherringham@kvn.com
emp@kvn.com

Robert A. Angle, VSB #37691
Dabney J. Carr, IV, VSB #28679
TROUTMAN SANDERS LLP
Troutman Sanders Building
1001 Haxall Point
Richmond, Virginia 23219
804-697-1200
804-697-1339 – fax
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

ATTORNEYS FOR DEFENDANT

/s/  Amy Sanborn Owen
Amy Sanborn Owen (VSB# 27692)
Benje A. Selan (VSB# 65923)
COCHRAN & OWEN LLC
8000 Towers Crescent Dr., Suite 160
Vienna, VA 22182
Phone: (703) 847-4480
Fax: (703) 847-4499
aowen@cochranowen.com
bselan@cochranowen.com

**ATTORNEYS FOR PLAINTIFF**