FILED
IN OPEN COURT

OCT 3 1 2011

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Norfolk Division)**

VS TECHNOLOGIES, LLC,                )
                                     )
    Plaintiff                        )
                                     )
                                     )  CIVIL CASE NO: <u>2:11cv43 (HCM)(FBS)</u>
vs.                                  )
                                     )
TWITTER, INC.                        )
                                     )
                                     )
    Defendant.                       )

## VERDICT FORM

### Section No. I – Question Regarding Infringement

### QUESTION NO. 1 – INFRINGEMENT OF THE '309 PATENT

Do you find by a preponderance of the evidence that Twitter, Inc. has literally infringed any of the asserted claims of the '309 patent? Answer "YES" or "NO" to each.

Claim 1 of the '309 Patent _____ *no* _____

Claim 5 of the '309 Patent _____ *no* _____

Claim 6 of the '309 Patent _____ *no* _____

Claim 7 of the '309 Patent _____ *no* _____

Claim 8 of the '309 Patent _____ *no* _____

Claim 9 of the '309 Patent _____ *no* _____

Claim 10 of the '309 Patent _____ *no* _____

**<u>Section No. II – Questions Regarding Invalidity</u>**

**QUESTION NO. 2 – VALIDITY**

Do you find by clear and convincing evidence that any of the following claims of the '309 Patent are invalid as anticipated, obvious or abstract? Answer "YES" or "NO" as to each.

|  | **ANTICIPATED?** | **OBVIOUS?** | **ABSTRACT?** |
|---|---|---|---|
| Claim 1 of the '309 Patent | Yes | Yes | Yes |
| Claim 5 of the '309 Patent | Yes | Yes | Yes |
| Claim 6 of the '309 Patent | Yes | Yes | Yes |
| Claim 7 of the '309 Patent | Yes | Yes | Yes |
| Claim 8 of the '309 Patent | Yes | Yes | Yes |
| Claim 9 of the '309 Patent | Yes | Yes | Yes |
| Claim 10 of the '309 Patent | Yes | Yes | Yes |

Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office.

## Section No. III – Questions Regarding Damages

## QUESTION NO. 3 – DAMAGES

*Please answer the following question only if you answered "YES" to any part of Question 1 and you answered "NO" for the same claim for each column of Question 2.*

What sum of money, if any, do you find from a preponderance of the evidence is adequate to compensate Plaintiff for Defendant's conduct that you found to infringe? Provide the amount in dollars and cents if any, or none.

$ _____ n/a _____

**Foreperson:**     REDACTED COPY          **Date:** ___ 10/31/11 _____